# EXHIBIT 9

# COVID-19 (2019 Novel Coronavirus) Quick Stats
## (Preliminary Numbers, Subject to Change)
Updated 4/15/2020



- There were 1,494 cases from 63 counties with 76 deaths reported as of 10:30 a.m.
- There have been 342 of 1,201 cases that have been hospitalized.
- There have been 13,174 negative tests conducted at KDHE and private labs.
- Age range is 0 years to 99 years (median 53 years)
- There have been 356 **tests at KHEL and** 1,138 at private labs.
- 810 cases are female and 683 are male and 1 unknown.

| County | Case Count |
| --- | --- |
| Atchison County | 3 |
| Barber County | 1 |
| Barton County | 5 |
| Bourbon County | 7 |
| Butler County | 10 |
| Chautauqua County | 3 |
| Cherokee County | 7 |
| Clay County | 1 |
| Cloud County | 3 |
| Coffey County | 45 |
| Cowley County | 1 |
| Crawford County | 4 |
| Dickinson County | 1 |
| Doniphan County | 1 |
| Douglas County | 41 |
| Ellis County | 4 |
| Finney County | 17 |
| Ford County | 32 |
| Franklin County | 12 |
| Geary County | 10 |
| Gove County | 1 |
| Greenwood County | 1 |
| Hamilton County | 1 |
| Harvey County | 5 |
| Jackson County | 1 |
| Jefferson County | 5 |
| Jewell County | 3 |
| Johnson County | 334 |
| Labette County | 20 |
| Leavenworth County | 93 |
| Linn County | 5 |
| Lyon County | 32 |
| Marion County | 5 |

For more information, visit www.kdheks.gov/coronavirus.

# COVID-19 (2019 Novel Coronavirus) Quick Stats
# (Preliminary Numbers, Subject to Change)

Updated 4/15/2020



| County | Count |
|---|---|
| McPherson County | 14 |
| Miami County | 4 |
| Mitchell County | 2 |
| Montgomery County | 11 |
| Morris County | 2 |
| Morton County | 1 |
| Neosho County | 2 |
| Osage County | 4 |
| Osborne County | 2 |
| Ottawa County | 3 |
| Phillips County | 1 |
| Pottawatomie County | 5 |
| Pratt County | 1 |
| Reno County | 13 |
| Republic County | 4 |
| Riley County | 22 |
| Rooks County | 2 |
| Saline County | 13 |
| Scott County | 1 |
| Sedgwick County | 209 |
| Seward County | 7 |
| Shawnee County | 81 |
| Smith County | 1 |
| Stafford County | 1 |
| Stanton County | 2 |
| Stevens County | 2 |
| Sumner County | 2 |
| Wabaunsee County | 1 |
| Woodson County | 4 |
| Wyandotte County | 363 |
| **Total** | **1,494** |

For more information, visit www.kdheks.gov/coronavirus.