IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FIRST BAPTIST CHURCH; | ) | |
| PASTOR STEPHEN ORMORD; | ) | |
| CALVARY BAPTIST CHURCH; | ) | Case No. 6:20-cv-01102 |
| PASTOR AARON HARRIS | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | RULE 7.1 CORPORATE |
| | ) | DISCLOSURE STATEMENT |
| | ) | |
| GOVERNOR LAURA KELLY, | ) | |
| in her official capacity, | ) | |
| | ) | |
|     Defendant. | ) | |

Calvary Baptist Church makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Calvary Baptist Church have a parent corporation?

   ___ Yes          _X_ No

2. Is 10% or more of the stock of Calvary Baptist Church owned by a publicly held corporation?

   ___ Yes          _X_ No

Respectfully submitted this 16th day of April 2020.

/s/ Tyson C. Langhofer
Tyson C. Langhofer
KS Bar No. 19241
ALLIANCE DEFENDING FREEDOM
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
(480) 388-8205
tlanghofer@ADFlegal.org

David A. Cortman*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@ADFlegal.org

Ryan J. Tucker*
AZ Bar No. 034382
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org

/s/ Joshua A. Ney
Joshua A. Ney,
KS Bar No. 24077
NEY LAW FIRM, LLC
900 S. Kansas Ave., Ste. 402B
Topeka, KS 66612
 (785) 414-9065
josh@joshney.com

/s/ Ryan A. Kriegshauser
Ryan A. Kriegshauser
KS Bar No. 23942
KRIEGSHAUSER LAW LLC
15050 W. 138th St., Unit 4493
Olathe, KS 66063
(913)  303-0639
ryan@kriegshauserlaw.us


ATTORNEYS FOR PLAINTIFFS

*Admission for Pro Hac Vice forthcoming.

2