Joshua A. Ney, #24077
NEY LAW FIRM LLC
900 S. Kansas Ave., Ste. 402B
Topeka, KS 66612
p: (785) 414-9065
e: josh@joshney.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FIRST BAPTIST CHURCH;  )<br>PASTOR STEPHEN ORMORD;  )<br>CALVARY BAPTIST CHURCH;  )<br>PASTOR AARON HARRIS  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>  )<br>GOVERNOR LAURA KELLY,  )<br>in her official capacity,  )<br>  )<br>      Defendant.  )<br>_____  ) | Case No. 6:20-cv-01102 |

### NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Joshua A. Ney, Ney Law Firm, LLC, and enters appearance as co-counsel for Plaintiffs First Baptist Church, Pastor Stephen Ormord, Calvary Baptist Church, and Pastor Aaron Harris in the above-captioned matter.

Respectfully submitted by electronic filing this 16th day of April, 2020 by:

                    Respectfully submitted,

                    NEY LAW FIRM LLC

2

By:

*/s Joshua A. Ney*
Joshua A. Ney, #24077
Ney Law Firm LLC
900 S. Kansas Ave., Ste. 402B
Topeka, KS 66621
Phone: (785) 414-9065
josh@joshney.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s Joshua A. Ney*
Joshua A. Ney, #24077