Ryan A. Kriegshauser
KRIEGSHAUSER LAW, LLC
15050 W. 138th St., Unit 4493
Olathe, KS 66062
Phone: (913) 303-0639
Email: ryan@kriegshauserlaw.us
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FIRST BAPTIST CHURCH; )<br>PASTOR STEPHEN ORMORD; )<br>CALVARY BAPTIST CHURCH; )<br>PASTOR AARON HARRIS )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>GOVERNOR LAURA KELLY, )<br>in her official capacity, )<br>)<br>    Defendant. )<br>_____ ) | Case No. 6:20-cv-01102 |

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Joshua A. Ney, Ney Law Firm, LLC, and enters appearance as co-counsel for Plaintiffs First Baptist Church, Pastor Stephen Ormord, Calvary Baptist Church, and Pastor Aaron Harris in the above-captioned matter.

Respectfully submitted by electronic filing this 16th day of April, 2020 by:

                                    Respectfully submitted,

                                    KRIEGSHAUSER LAW, LLC

By:

*/s/ Ryan A. Kriegshauser*
Ryan A. Kriegshauser, KS Bar No. 23942
KRIEGSHAUSER LAW, LLC
15050 W. 138th St., Unit 4493
Olathe, KS 66062
Phone: (913) 303-0639
Email: ryan@kriegshauserlaw.us
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Ryan A. Kriegshauser*
Ryan A. Kriegshauser