Ryan A. Kriegshauser
KRIEGSHAUSER LAW, LLC
15050 W. 138th St., Unit 4493
Olathe, KS 66062
Phone: (913) 303-0639
Email: ryan@kriegshauserlaw.us
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FIRST BAPTIST CHURCH; | ) | |
| PASTOR STEPHEN ORMORD; | ) | |
| CALVARY BAPTIST CHURCH; | ) | |
| PASTOR AARON HARRIS | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:20-cv-01102 |
| | ) | |
| | ) | |
| GOVERNOR LAURA KELLY, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Ryan A. Kriegshauser of Kriegshauser Law, LLC, and enters

appearance as co-counsel for Plaintiffs First Baptist Church, Pastor Stephen Ormord, Calvary

Baptist Church, and Pastor Aaron Harris in the above-captioned matter.

Respectfully submitted by electronic filing this 16th day of April, 2020 by:

Respectfully submitted,

KRIEGSHAUSER LAW, LLC

By:

*/s/ Ryan A. Kriegshauser*
Ryan A. Kriegshauser, KS Bar No. 23942
KRIEGSHAUSER LAW, LLC
15050 W. 138th St., Unit 4493
Olathe, KS 66062
Phone: (913) 303-0639
Email: ryan@kriegshauserlaw.us
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Ryan A. Kriegshauser*
Ryan A. Kriegshauser