Pedro Irigonegaray
Irigonegaray, Turney, & Revenaugh, L.L.P.
1535 SW 29th Street
Topeka, Kansas 66611
Phone: 785.267.6115
Fax: 785.267.9458
Email: pedro@itrlaw.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FIRST BAPTIST CHURCH; <br> PASTOR STEPHEN ORMORD; <br> CALVARY BAPTIST CHURCH; <br> PASTOR AARON HARRIS <br>           Plaintiffs, <br><br> v. <br><br> GOVERNOR LAURA KELLY, <br> in her official capacity, <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 6:20-cv-01102-JWB-GEB |

## **MOTION FOR TELEPHONIC HEARING**

**COMES NOW**, the Defendant, by and through counsel Pedro L. Irigonegaray, of Irigonegaray, Turney, & Revenaugh, LLP, and respectfully requests this Court modify its order and allow for the preliminary injunction hearing scheduled for April 23, 2020 at 9:00 AM to be held telephonically. In support of this motion, the Defense states:

1. This Court held a telephonic hearing on the motion for temporary restraining order ("TRO") on April 17, 2020, at 4:00 PM.

2. At that hearing, Mr. Lumen Mulligan and Mr. Pedro L. Irigonegaray entered their appearances and argued on behalf of Governor Kelly.

3. At the conclusion of the April 17 hearing, this Court set a date for a preliminary injunction hearing for April 23, 2020, at 9:00 AM at the Federal Courthouse in Wichita, Kansas.

4. Without undue hardship, Mr. Lumen Mulligan is unable to attend the in-person hearing, as set.

5. Mr. Irigonegaray is 72 years old.

6. Mr. Irigonegaray therefore falls into the highest risk category for the detrimental effects of the COVID-19 disease.

7. Further, following medical advice, Mr. Irigonegaray has been advised strongly by a physician to remain quarantined due to his age.

8. Because of these hardships, Mr. Irigonegaray is unable to attend the in-person hearing without undue risk to his health.

9. The interests of justice would be served by allowing Mr. Irigonegaray or Mr. Mulligan to argue the preliminary injunction hearing telephonically.

10. The parties have conferred but have not reached an agreement regarding a telephonic hearing.

11. Alternatively, the interests of justice could be served by allowing Plaintiffs to appear in person and Defendants appear telephonically.

**WHEREFORE,** for the above and foregoing reasons, Governor Kelly respectfully requests the Court modify its order from an in-person hearing to a telephonic hearing.

Respectfully submitted by electronic filing this 20th day of April, 2020 by:

*/s/ Pedro L. Irigonegaray*
Pedro L. Irigonegaray, #08079
Irigonegaray, Turney, & Revenaugh, L.L.P.
1535 SW 29th Street
Topeka, Kansas 66611
Phone: 785.267.6115
Fax: 785.267.9458
Email: pedro@itrlaw.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I electronically filed the foregoing Motion for Telephonic Hearing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Pedro L. Irigonegaray*
Pedro L. Irigonegaray
