AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-1102-JWB-GEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Geary Co. Sheriff Daniel E. Jackson Jr.
was received by me on *(date)* 04.22.2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Geary Co Clerk Rebecca Nordyke , who is
designated by law to accept service of process on behalf of *(name of organization)* Geary County Sheriff
_____ on *(date)* 04.22.2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

D-5924
Server's signature

Britt Pate Licensed KS Private Detective
Printed name and title

1631 East 1st St Wichita, KS 67214
Server's address

Additional information regarding attempted service, etc: