United States District Court
for the
District of Kansas

| | |
|---|---|
| **First Baptist Church,** et al**,**  Plaintiffs,  v.  **Governor Laura Kelly,**  Defendant. | Civil Action No. 6:20-cv-01102-JWB-GEB  Amicus Brief by Kansas Justice Institute |

**Amicus Brief by Kansas Justice Institute**

Governor Kelly seeks a dismissal under the mootness doctrine. *Koontz v. Watson*, 283 F.Supp.3d 1007 (2018) is instructive.

Under the voluntary cessation doctrine, "a defendant cannot moot a case by voluntary ceasing the allegedly wrongful conduct if the defendant could engage in the conduct again after a court would dismiss a case challenging it." *Koontz v. Watson*, 283 F. Supp. 3d 1007, 1018 (D. Kan. 2018). Here, even though the Governor *attempted* to correct the clearly unconstitutional executive order, there is nothing preventing her from simply re-issuing an executive order that mirrors Executive Order 20-18. This is "what the voluntary cessation doctrine aims to prevent." *Id*.

As in *Koontz*, Governor Kelly cannot rely on mootness.

Dated: April 17, 2020.

Samuel G. MacRoberts

1